MICHAEL F. CRONIN, *Appellant*, v. CENTRAL VALLEY SCHOOL
DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01155-3, Kathleen M. O'Connor, J., entered December 22, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

KARY L. CALDWELL, *Respondent*, v. THE CITY OF HOQUIAM,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-23481-7, LeRoy McCullough, J., entered September 13, 2013. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ. Now published at 194 Wn. App. 209.

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE HERMAN
WRIGHT III, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 13-1-01405-6, Elizabeth J. Berns, J., entered October 23, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Becker, J.